# UNITED STATES BANKRUPTCY COURT
## NORTHERN    DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:   LEONARDA M. ZIELINSKA                §     Case No.  10-20152
                                              §            Hon. CAROL A. DOYLE
                                              §            Chapter 7
                                              §
                    Debtor(s)                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ALLAN J. DeMARS                                    , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Application for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago, IL

Any person wishing to object to any Fee Application that has not already been approved or to the Final Report, must file a written objection, serve a copy of the objection upon the trustee, any party whose Application is being challenged and the United States Trustee.  A hearing on fee applications and any objection to the Final Report will be held at 10:30a.m. on NoVEMBER 30, 2010 in Courtroom 742, Dirksen Federal Building, 219 S. Dearborn Street, Chicago, IL.

If no objections are filed, upon entry of an order on fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

By:  Clerk US Bankruptcy Court

(Title of person signing form)

*Trustee's Name:*
ALLAN J. DeMARS

*Trustee's Address:*
100 W. Monroe Street, Suite 910, Chicago, IL 60603

UST Form 101-7-NFR (9/1/2009)

**UNITED STATES BANKRUPTCY COURT**

NORTHERN    **DISTRICT OF** ILLINOIS

EASTERN DIVISION

| | | |
|---|---|---|
| In re:  LEONARDA M. ZIELINSKA | §<br>§<br>§<br>§ | Case No.  10-20152<br>Hon. CAROL A. DOYLE<br>Chapter 7 |
| Debtor(s) | | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $7,551.40 |
| *and approved disbursements of* | $0.00 |
| *leaving a balance on hand of* [1] | $7,551.40 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---:|
| NONE | $0.00 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee*  ALLAN J. DeMARS | $1,505.14 | $16.66 |
| *Attorney for trustee*  ALLAN J. DeMARS | $880.00 | |
| *Appraiser* | | |
| *Auctioneer* | | |
| *Accountant* | | |
| *Special Attorney for trustee* | | |
| *Charges,  U.S. Bankruptcy Court* | | |
| *Fees, United States Trustee* | | |
| Other | | |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (9/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|
| *Attorney for debtor* | | |
| *Attorney for* | | |
| *Accountant for* | | |
| *Appraiser for* | | |
| *Other* | | |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling _____ $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling _____ $46,358.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _11.1_ percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Discover Bank | $2,183.66 | $241.63 |
| 2 | Chase Bank USA NA | $2,406.74 | $266.31 |
| 3 | Chase Bank USA NA | $3,847.04 | $425.68 |
| 4 | Chase Bank USA NA | $4,412.33 | $488.24 |
| 5 | Chase Bank USA NA | $5,208.67 | $576.35 |
| 6 | PYOD LLC as assignee of Citibank | $10,819.19 | $1,197.17 |
| 7 | PYOD LLC as assignee of Citibank | $10,339.18 | $1,144.06 |
| 8 | FIA Card Services successor to Bank of America and MBNA | $7,321.67 | $810.16 |

UST Form 101-7-NFR (9/1/2009)

Tardily filed claims of general (unsecured) creditors totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be ____ 0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling _____ $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be ____ 0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| NONE | | | $0.00 |

The amount of surplus returned to the debtor after payment of all claims and interest is _____ $0.00.

Prepared By:  /s/ ALLAN J. DeMARS
_____
                                                    Trustee

*Trustee's Name:*
ALLAN J. DeMARS
_____
*Trustee's Address:*
100 W. Monroe Street, Suite 910
Chicago, IL 60603

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: kseldon          Page 1 of 1          Date Rcvd: Oct 29, 2010
Case: 10-20152               Form ID: pdf006         Total Noticed: 15

The following entities were noticed by first class mail on Oct 31, 2010.
```
db            +Leonarda M Zielinska,   3158 N Neenah Ave Apt 3E,   Chicago, IL 60634-4909
aty           +Daniel P Scott,   Chepov & Scott LLC,   5440 N Cumberland Ave,   Suite 150,
               Chicago, IL 60656-4707
tr            +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
15521386      +Bank of America,   Po Box 851001,   Dallas, TX 75285-1001
15521393      +CITI BANK,   PO BOX 183040,   Columbus, OH 43218-3040
15521387      +Chase,   Po Box 15153,   Wilmington, DE 19886-5153
15894209       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15521391      +Citi,   Po Box 688901,   Des Moines, IA 50368-8901
15521392      +Citi,   Po Box 6500,   Sioux Falls, SD 57117-6500
15521395      +Hillcrest Property Management,   55 W. 22nd  Street #310,   Lombard, IL 60148-4889
16200349      +PYOD LLC its successors and assigns as assignee of,   Citibank, NA,
               c/o Resurgent Capital Services,   PO Box 19008,   Greenville, SC 29602-9008
15521396      +Patient First,   2610 SHeridan Rd.,,   Zion, IL 60099-2615
```

The following entities were noticed by electronic transmission on Oct 29, 2010.
```
15521394       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 30 2010 02:53:31      Discover,   Po Box 30943,
               Salt Lake City, UT 84130
15839223       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 30 2010 02:53:31      Discover Bank,
               Dfs Services LLC,   PO Box 3025,   New Albany, OH  43054-3025
16235910       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 30 2010 02:53:24
               Fia Card Services, NA/Bank of America,   by American Infosource Lp As Its Agent,   PO Box 248809,
               Oklahoma City, OK  73124-8809
                                                                              TOTAL: 3
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +Allan J DeMars,   Spiegel & Demars,   100 W Monroe St Ste 910,   Chicago, IL 60603-1957
15521390*     +Chase,   Po Box 15153,   Wilmington, DE 19886-5153
15521388*     +Chase,   Po Box 15153,   Wilmington, DE 19886-5153
15521389*     +Chase,   Po Box 15153,   Wilmington, DE 19886-5153
                                                                        TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 31, 2010**                    **Signature:**   *Joseph Speetjens*